

Reiter Law Firm / Attorneys at Law
Suffern, NY / New York, NY / Scottsdale, AZ
www.reiterlawfirm.com

Arnold E. Reiter, Esq.
areiter@reiterlawfirm.com
*Admitted NY, NJ, DC, AZ*

Candice Dahan, Esq.
areiter@reiterlawfirm.com
*Admitted NY*

Amanda S. Ciccone, Esq.
*Of Counsel*
*Admitted NY, NJ, CA*

Reply to: *Suffern, New York*

October 13, 2020

***Via Electronic Filing***
Honorable Sean H. Lane
United States Bankruptcy Judge
Southern District of New York
One Bowling Green, Courtroom 701
New York, New York 10004-1408

Re: **Jeffrey Lew Liddle**
    **Case No. 19-10747(shl)**

    **Tara Liddle v. Counsel Financial II, LLC**
    **Adv. Pro. No. 19-01147 (shl)**

Dear Judge Lane:

This office represents the interests of Tara Liddle in the above referenced matters. The parties to the above-referenced adversarial proceeding have agreed to dismiss the matter without prejudice. The matter is scheduled for October 15, 2020. Please remove it from the calendar. We have forwarded a Stipulation of Dismissal Without Prejudice to David H. Wander, Esq., counsel for Counsel Financial II, LLC, for signature. Thank you.

Respectfully,
**REITER LAW FIRM**

Arnold E. Reiter
AER/cd


cc:    Tara Liddle
        David H. Wander, Esq.