Arnold E. Reiter, LLC
75 Montebello Road
Suffern, New York 10901
845-357-2215
areiter@reiterlawfirm.com
*Attorney for Tara Liddle*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x

In re:

JEFFREY LEW LIDDLE,

        Debtor.

Case No. 19-10747 (shl)

-------------------------------------------------- x   Adv. Pro. No. 19-01147

TARA LIDDLE,

        Plaintiff,

-against-

COUNSEL FINANCIAL II, LLC,

        Defendant.

-------------------------------------------------- x

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P §41(A)(1)(a)(ii) and Fed. R. Bankr. P. §7041, it is hereby stipulated and agreed between Arnold E. Reiter, LLC, attorneys for Plaintiff, and Davidoff Hutcher & Citron LLP, attorneys for Defendant, that the above captioned adversarial proceeding including any counterclaim is hereby dismissed without prejudice.

/s/ David H. Wander
_____
David H. Wander, Esq.
Davidoff Hutcher & Citron LLP
*Attorneys for Counsel Financial II, LLC*
605 Third Avenue
New York, NY 10158
Dated: October 14, 2020

_____
Arnold E. Reiter, Esq.
Arnold E. Reiter, LLC
*Attorneys for Tara Liddle*
75 Montebello Road
Suffern, New York 10901
Dated: October 14, 2020